**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**L&C BABB MANAGEMENT,**

        **Plaintiff,**

v.                                                  **Case No:   6:15-cv-1209-Orl-40GJK**

**AMERICAN HOME MORTGAGE,**
**DEUTSCHE BANK NATIONAL TRUST**
**COMPANY AS TRUSTEE FOR**
**AMERICAN HOME MORTGAGE**
**ASSETS TRUST 2006-6, MORTGAGE**
**ELECTRONIC REGISTRATION**
**SYSTEMS, INC. and OCWEN LOAN**
**SERVICING, LLC,**

        **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*.  On June 30, 2015, Lennox Babb and Clarice Babb (collectively, the "Babbs"), as trustees of L&C Babb Management ("Plaintiff"), filed a complaint (the "Complaint") on Plaintiff's behalf against Defendants in the Ninth Judicial Circuit Court of Florida.  Doc. No. 2.  In it, Plaintiff asserts numerous state and federal causes of action against Defendants, and seeks declaratory judgment and to quite title on real property located at 2033 Tiptree Circle, Orlando, Florida 32837 (the "Subject Property").  *Id*.[1]  On July 27, 2015, the case was removed to this Court on the basis of federal question jurisdiction.  Doc. No. 1.

---

[1] The Complaint alleges that Plaintiff "has legal and beneficial interest in the Subject Property."  Doc. No. 2 at ¶ 4.

The Complaint was filed on Plaintiff's behalf by the Babbs, and, it appears, the Babbs have been representing Plaintiff since the inception of the case. *See* Doc. Nos. 1-1; 2.[2] The Local Rules of this Court provide that "[a] corporation may appear and be heard only though counsel[.]" Local Rule 2.03(e). To date, counsel has not appeared on Plaintiff's behalf. Therefore, Plaintiff is currently unrepresented, and, as such, may not continue to prosecute this action until it retains counsel. Since the Complaint was filed by the Babbs, and not counsel for Plaintiff, the Complaint will be stricken. Plaintiff will be provided an opportunity to retain counsel and file an amended complaint. To the extent Lennox Babb and/or Clarice Babb allege any individual claims against any of the Defendants, the amended complaint shall contain their individual claims.[3]

Accordingly, it is hereby **ORDERED** that:

1. The Complaint (Doc. No. 2) is **STRICKEN**;

2. On or before September 8, 2015, Plaintiff shall retain counsel and file an amended complaint; and

3. **Failure to file an amended complaint in the time provided will result in dismissal of this case**.

**The Clerk is directed to send a copy of this order to Plaintiff via certified and regular mail at the following address: 2033 Tiptree Circle, Orlando, Florida 32837.**

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

---

[2] The Complaint is signed by the Babbs. Doc. No. 2 at 20.

[3] If either Lennox Babb or Clarice Babb assert individual claims against any of the Defendants they may either retain counsel to represent them or proceed *pro se*.

Copies furnished to:

Counsel of Record
Unrepresented Parties